# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL TUBACH, | CASE NO. 1:12-cv-01389-GBC (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT COMPLAINT |
| v. | Doc. 5 |
| CHAUDRY, et al., | |
| Defendants. | |

On August 23, 2012, Plaintiff Isabel Tubach ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. Plaintiff also filed a motion to proceed in forma pauperis. Doc. 2. On October 9, 2012, Plaintiff filed a motion to supplement the complaint. Doc. 5. Plaintiff may amend once as a matter of right without leave of court. Fed. R. Civ. P. 15(a)(1).

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to supplement complaint is GRANTED.

IT IS SO ORDERED.

Dated:   December 17, 2012

UNITED STATES MAGISTRATE JUDGE